THE STATE OF OHIO, APPELLEE, *v.* COTTON, APPELLANT.

[Cite as *State v. Cotton,* 120 Ohio St.3d 321, 2008-Ohio-6249.]

(No. 2007–1449—Submitted November 19, 2008—Decided December 9, 2008.)

{¶ 1} The judgment of the court of appeals is reversed, on the authority of *State v. Brown,* 119 Ohio St.3d 447, 2008-Ohio-4569, 895 N.E.2d 149, as to the court of appeals' holding on appellant's fourth assignment of error below to the extent that the two counts of felonious assault in violation of R.C. 2903.11(A)(1) and (2) were held not to be allied offenses of similar import under R.C. 2941.25(A). The cause is remanded to the trial court for further proceedings consistent with *State v. Brown.*

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Judith Anton Lapp, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Theresa G. Haire, Assistant State Public Defender, for appellant.